1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
RAQUEL LAZO
3 Assistant Federal Public Defender
Nevada State Bar No. 8540
4 411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
5 (702) 388-6577/Phone
(702) 388-6261/Fax
6 Raquel_Lazo@fd.org

7 Attorney for Cameron Lee Thomas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS ET AL,<br><br>　　　　　Defendant. | Case No. 2:18-mj-080-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Chad William McHenry, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Cameron Lee Thomas, and Chris T. Rasmussen, counsel for Schyler Levi Thomas, that the Preliminary Hearing currently scheduled on June 25, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel for defendants are in the process of reviewing discovery that was recently produced on May 11, 2018 and May 22, 2018, respectively. Defense counsel also require additional time to conduct field investigation and witness interviews.

2. The defendants are not incarcerated and do not object to a continuance.

3. The additional time requested by this Stipulation is excludable in computing time within which an information or an indictment must be filed, or in computing time within which trial in the above-captioned matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 5th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Chad William McHenry*<br>By_____<br>CHAD WILLIAM MCHENRY<br>Assistant United States Attorney |
| */s/ Chris T. Rasmussen*<br>By_____<br>CHRIS T. RASMUSSEN<br>Assistant Federal Public Defender | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-080-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS ET AL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, June 25, 2018 at the hour of 4:00 p.m., be vacated and continued to __August 9, 2018__ at the hour of 4:00 p.m. in Courtroom 3D.

DATED this __6th__ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE